IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DOUGLAS JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO: 2:21-CV-01006-ACA |
| v. | ) | |
| | ) | |
| ANDY FRAIN SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

COME NOW, Plaintiff, Douglas Jones, and Defendant, Andy Frain Services, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and jointly stipulate that all claims in the above titled and numbered cause should be dismissed with prejudice, with each party to bear its own costs and expenses.

Dated: ~~October~~ November 10, 2022

Respectfully submitted,

PLAINTIFF

Kevin W. Jent
**WIGGINS, CHILDS, PANTAZIS FISHER & GOLDFARB, LLC**
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
kjent@wigginschilds.com

ANDY FRAIN SERVICES, INC.

Craig R. Annunziata, *Pro Hac Vice*
Jason D. Keck, *Pro Hac Vice*
Dana N. Ferrell, *Pro Hac Vice*
**FISHER & PHILLIPS LLP**
10 S. Wacker Drive, Suite 3450
Chicago, IL 60606
cannunziata@fisherphillips.com

jkeck@fisherphillips.com
dferrell@fisherphillips.com
Telephone: (312) 346-8061
Facsimile: (312) 346-3179

-and-

Edward F. Harold
Bar No.: asb-0669-d55h
**FISHER & PHILLIPS LLP**
201 St. Charles Ave., Suite 3710
New Orleans, LA 70170
eharold@fisherphillips.com
Telephone: (504) 522-3303
Facsimile: (504) 529-3850

## CERTIFICATE OF SERVICE

I do hereby certify that I have I filed the above and foregoing today, November 10, 2022, by using the Court's CM/ECF system, with copies being served on all parties of record with the Court.

/s/ *Kevin W. Jent*
OF COUNSEL